# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00229-CV

**In re Jacqueline Morales**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion to stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: April 12, 2024